UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SELDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARKET PLAZA LLC, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-02885-KAW<br><br>ORDER TERMINATING MOTION TO STRIKE<br><br>Re: Dkt. No. 14 |

　　On July 21, 2016, Plaintiff Christopher Seldon filed a motion to strike the affirmative defenses contained in Defendants Market Plaza, LLC, Denny Abrams, and Richard Millikan's answer to the complaint. (Dkt. No. 14.)

　　On August 5, 2016, Plaintiff and Defendants filed as stipulation to permit Defendants to file an amended answer pursuant to Federal Rule of Civil Procedure 15(a)(2). (Dkt. No. 27.)  On August 11, 2016, Defendants filed an amended answer, which moots the pending motion to strike. (Dkt. No. 30.)

　　Accordingly, the Court TERMINATES the motion to strike.

　　IT IS SO ORDERED.

Dated: August 12, 2016

　　　　　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge