PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:     510/832-4787
reinlawoffice@aol.com

STEVEN L. DERBY, ESQ. (SBN 148372)
THE DERBY LAW FIRM P.C.
1255 Treat Blvd. Suite 300
Walnut Creek, CA  94597
Telephone: (925) 472-6640
Facsimile: (925) 933-3964
derby@reinlawoffice.com

Attorneys for Plaintiff
CHRISTOPHER SELDON

*Defendant's counsel listed after the caption*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SELDON, | Case No. 3:16-cv-02885 KAW |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER F.R.C.P. RULE 12(F) AS TO DEFENDANT SUR LA TABLE, INC.'S ANSWER** |
| MARKET PLAZA LLC; DENNY ABRAMS; RICHARD MILLIKAN; SUR LA TABLE, INC.; TACUBAYA, LLC; SARA WILSON dba PASTA SHOP; ANTHONY WILSON dba PASTA SHOP; PETER WILSON dba PASTA SHOP; and DOES 1-10, Inclusive, | |
| Defendants. | Action Filed: May 27, 2016 |

Matthew G. Ball (SBN 208881)
matthew.ball@klgates.com
Daniel W. Fox (SBN 268757)
daniel.fox@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendant
SUR LA TABLE, INC.

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME UNDER FRCP 12(f)
Case No. 3:16-cv-02885 KAW                     C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\Final Stip re 12(f) Sur La Table.docx

1 **STIPULATION**

2 **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND**

3 **TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

4  WHEREAS, this case has been assigned for early disclosures and mediation under General

5 Order 56;

6  WHEREAS, Plaintiff's deadline for filing a motion under Federal Rule of Civil Procedure

7 ("FRCP") Rule 12(f) to strike all or part of the Answer of Defendant SUR LA TABLE, INC. is

8 August 11, 2016;

9  WHEREAS, Plaintiff and Defendant have met and conferred regarding the alleged

10 deficiencies raised by Plaintiff and which Defendant disputes in Defendant SUR LA TABLE,

11 INC.'s Answer and Affirmative Defenses;

12  WHEREAS, Plaintiff and Defendant wish to avoid the time and expense of briefing an

13 FRCP 12(f) motion until/unless mediation under General Order 56 does not succeed;

14  IT IS HEREBY STIPULATED by and among Plaintiff and Defendant that:

15  1. If the case does not settle at mediation under General Order 56, Plaintiff retains the

16   right to file a motion under FRCP 12(f) as follows:

17   a.  the parties shall meet and confer about amending the Answer within 7 days

18    after the mediation has been certified as completed;

19   b. that Defendant shall thereafter be allowed an opportunity to voluntarily amend

20    its Answer prior to Plaintiff filing any Rule 12(f) motion;

21   c. Any amended answer by Defendant shall be filed no later than 21 days after the

22    mediation has been certified and completed; and

23   d. Plaintiff may thereafter file his 12(f) motion no later than 42 days from the time

24    mediation is certified as completed.

25 **IT IS SO STIPULATED.**

26 //

27 //

28 //

| | |
|---|---|
| Dated:  August 11, 2016 | THE DERBY LAW FIRM P.C.<br>LAW OFFICES OF PAUL L. REIN<br><br>     */s/ Steven L. Derby*<br>By:  STEVEN L. DERBY, ESQ.<br>Attorneys for Plaintiff<br>CHRISTOPHER SELDON |
| Dated:  August 11, 2016 | K&L GATES LLP<br><br>     */s/ Daniel W. Fox*<br>By:  DANIEL W. FOX, ESQ.<br>Attorneys for Defendant<br>SUR LA TABLE, INC. |

- 3 -

1 **ORDER**

2 Pursuant to the stipulation of the parties, and for good cause shown, it is hereby

3 ORDERED that:

4 The parties shall meet and confer within 7 days after the mediator certifies that mediation

5 under General Order 56 has been completed. Defendant SUR LA TABLE, INC. shall thereafter

6 be allowed an opportunity to voluntarily amend its answer prior to plaintiff filing any FRCP 12(f)

7 motion. Any amended answer shall be filed no later than 21 days after the mediation has been

8 certified and completed. Plaintiff may thereafter file his motion no later than 42 days from the

9 date mediation is certified and completed.

10 **IT IS SO ORDERED.**

12 Dated: __8/12_____, 2016                    _____
                                                Honorable Kandis A. Westmore
13                                              U.S. Magistrate Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME UNDER FRCP 12(f)
Case No. 3:16-cv-02885 KAW

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1, I hereby attest that on August 11, 2016, I, Steven L. Derby, attorney with The Derby Law Firm, P.C., received the concurrence of Daniel W. Fox in the filing of this document.

*/s/ Steven L. Derby*
Steven L. Derby