1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:     510/832-5001
4  Facsimile:     510/832-4787
   reinlawoffice@aol.com
5
   STEVEN L. DERBY, ESQ. (SBN 148372)
6  THE DERBY LAW FIRM P.C.
   1255 Treat Blvd. Suite 300
7  Walnut Creek, CA  94597
   Telephone: (925) 472-6640
8  Facsimile: (925) 933-3964
   derby@reinlawoffice.com
9
   Attorneys for Plaintiff
10 CHRISTOPHER SELDON

11 * *Defendant's counsel listed after the caption*

12                 UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 CHRISTOPHER SELDON,                    | Case No. 3:16-cv-02885 KAW
15      Plaintiff,                         | Civil Rights
16 v.                                      | **STIPULATION AND [PROPOSED]
                                          | ORDER TO EXTEND TIME UNDER
17 MARKET PLAZA LLC; DENNY ABRAMS;         | F.R.C.P. RULE 12(F) AS TO
   RICHARD MILLIKAN; SUR LA TABLE,        | DEFENDANTS SARA WILSON,
18 INC.; TACUBAYA, LLC; SARA WILSON        | ANTHONY WILLSON, AND PETER
   dba PASTA SHOP; ANTHONY WILSON         | WILSON'S ANSWER**
19 dba PASTA SHOP; PETER WILSON dba
   PASTA SHOP; and DOES 1-10, Inclusive,  | Action Filed: May 27, 2016
20
             Defendants.
21

22 MARK A. DELGADO #215618
   DONAHUE FITZGERALD LLP
23 1999 Harrison Street, 25th Floor
   Oakland, California 94612
24 Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
25 Email: mdelgado@donahue.com

26 Attorneys for Defendants
   SARA WILSON, ANTHONY WILSON,
27 And PETER WILSON

28

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME UNDER FRCP 12(f)
Case No. 3:16-cv-02885 KAW                    C:\Users\IMBRIA~1\AppData\Local\Temp\notesF8C1A4\2016 08 11 Stip re 12(f) Pasta Shop Defs.docx

1 **STIPULATION**

2 **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND**

3 **TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

4   WHEREAS, this case has been assigned for early disclosures and mediation under General

5 Order 56;

6   WHEREAS, Plaintiff's deadline for filing a motion under Federal Rule of Civil Procedure

7 ("FRCP") Rule 12(f) to strike all or part of the Answer of Defendants SARA WILSON,

8 ANTHONY WILSON, and PETER WILSON is August 17, 2016;

9   WHEREAS, Plaintiff and Defendants have met and conferred regarding the alleged

10 deficiencies raised by Plaintiff Defendants SARA WILSON, ANTHONY WILSON, and PETER

11 WILSON's Answer and Affirmative Defenses;

12   WHEREAS, Plaintiff and Defendant wish to avoid the time and expense of briefing an

13 FRCP 12(f) motion until/unless mediation under General Order 56 does not succeed;

14   IT IS HEREBY STIPULATED by and among Plaintiff and Defendants SARA WILSON,

15 ANTHONY WILSON, and PETER WILSON that:

16   1. If the case does not settle at mediation under General Order 56, Plaintiff retains the

17       right to file a motion under FRCP 12(f) as follows:

18       a. the parties shall meet and confer about amending the Answer within 7 days

19           after the mediation has been certified as completed;

20       b. that Defendants SARA WILSON, ANTHONY WILSON, and PETER

21           WILSON shall thereafter be allowed an opportunity to voluntarily amend its

22           Answer prior to Plaintiff filing any Rule 12(f) motion;

23       c. Any amended answer by Defendants SARA WILSON, ANTHONY WILSON,

24           and PETER WILSON shall be filed no later than 21 days after the mediation

25           has been certified and completed; and

26       d. Plaintiff may thereafter file his 12(f) motion no later than 42 days from the time

27           mediation is certified as completed.

28 **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  August 17, 2016 | THE DERBY LAW FIRM P.C.<br>LAW OFFICES OF PAUL L. REIN |
| | |
| |     */s/ Steven L. Derby* |
| | By:  STEVEN L. DERBY, ESQ.<br>Attorneys for Plaintiff<br>CHRISTOPHER SELDON |
| | |
| Dated:  August 17, 2016 | DONAHUE FITZGERALD LLP |
| | |
| |     */s/ Mark A. Delgado* |
| | By:  MARK A. DELGADO, ESQ.<br>Attorneys for Defendants<br>SARA WILSON, ANTHONY WILSON,<br>and PETER WILSON |

- 3 -

1 **ORDER**

2 Pursuant to the stipulation of the parties, and for good cause shown, it is hereby

3 ORDERED that:

4 The parties shall meet and confer within 7 days after the mediator certifies that mediation

5 under General Order 56 has been completed.  Defendant SARA WILSON, ANTHONY WILSON,

6 and PETER WILSON shall thereafter be allowed an opportunity to voluntarily amend its answer

7 prior to plaintiff filing any FRCP 12(f) motion.  Any amended answer shall be filed no later than

8 21 days after the mediation has been certified and completed.  Plaintiff may thereafter file his

9 motion no later than 42 days from the date mediation is certified and completed.

10 **IT IS SO ORDERED.**

11

12 Dated: __8/19_____, 2016       _____/s/ Kandis Westmore_____

13                                                                     Honorable Kandis A. Westmore
                                                                       U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1, I hereby attest that on August 12, 2016, I, Steven L. Derby, attorney with The Derby Law Firm, P.C., received the concurrence of Mark A. Delgado in the filing of this document.

*/s/ Steven L. Derby*
Steven L. Derby