UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKET PLAZA LLC, et al.,<br><br>    Defendants. | Case No. 4:16-cv-02885-KAW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 45 |

On June 23, 2017, the undersigned approved the parties' consent decree. (Consent Decree, Dkt. No. 45.) Pursuant to the terms, the term of the consent decree was five years, and that, at the expiration of that term, the action would be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. (Consent Decree ¶ 7e.) The five-year term has since expired.

Accordingly, the case is dismissed with prejudice. The Clerk shall close the case.

IT IS SO ORDERED.

Dated: September 28, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge